BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00016-GEB |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, EXCLUDING TIME, and ORDERING PRE-PLEA REPORT |
| v. | |
| MARCOS MIGUEL RODRIGUEZ-VILLANUEVA and CARLOS ALEJANDRO MENDOZA-VILLANUEVA, | Status: April 12, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |
| Defendants. | |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. On February 22, 2013, the parties first appeared before the Court for a Status Conference. The matter was continued until April 12, 2013, to allow the defendants and their counsel to review discovery.

2. By this Stipulation, the defendants now move to continue the Status Conference until June 7, 2013, at 9:00 a.m. and to exclude time between the signing of this Order and June 7, 2013,

Stipulation to Continue 1 United States v. Rodriguez-Villanueva

| | |
|---|---|
| 1 | under Local Code T4.  The United States does not oppose this |
| 2 | request. |

3. The parties agree and stipulate, and request that the Court find the following:
   a. The United States provided discovery to the defendants on January 18, 2013, and February 22, 2013.
   b. The United States and counsel for the defendants have discussed the possibility of a plea in this case.
   c. The United States and counsel for defendant Mendoza-Villanueva have looked at the potential application of the sentencing guidelines and determined that further plea negotiations cannot proceed without an interpretation of the applicable guideline provisions from Probation. Accordingly, the United States and defendant Mendoza-Villanueva request that the Court order Probation to prepare a pre-plea report to determine that applicable guideline range.  The parties request that the pre-plea report be limited to the guideline determination and not include an interview of defendant Mendoza-Villanueva.
   d. Counsel for the defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   e. The United States does not object to this continuance.
   f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, within which trial must commence, the time period of April 2, 2013, to June 7, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: April 2, 2013     /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

DATED: April 2, 2013     /s/ Gilbert Roque
GILBERT ROQUE
Counsel for Marcos Rodriguez-Villanueva
(as authorized on April 2, 2013)

DATED: April 2, 2013     /s/ Preciliano Martinez
PRECILIANO MARTINEZ
Counsel for Carlos Mendoza-Villanueva
(as authorized on April 2, 2013)

IT IS SO FOUND AND ORDERED.

**Date: 4/3/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge