GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for MARCOS MIGUEL RODRIGUEZ-VILLANUEVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCOS MIGUEL RODRIGUEZ-VILLANUEVA,<br><br>    Defendant. | 2:13-cr-016-GEB<br><br>STIPULATION AND PROPOSED ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>Date : 8/30/13<br>Time : 9:00 a.m.<br>Court : Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and among Plaintiff United States of America, through Assistant United States Attorney Justin L. Lee, and Defendant Marcos Miguel Rodríguez-Villanueva, through his counsel, Gilbert A. Roque, that the Status Conference scheduled for August 9, 2013, at 9:00 a.m., be vacated as to Marcos Miguel Rodríguez-Villanueva only, and the matter be continued to August 30, 2013, at 9:00 a.m., before the Honorable Garland E. Burrell, Jr..

This continuance is requested by the parties to allow Defendant Marcos Miguel Rodríguez-Villanueva to go over the Plea Agreement with his counsel.

It is anticipated that there will be a change of plea as to Marcos Miguel Rodríguez-Villanueva on August 30, 2013.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance outweigh the

1

best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: August 5, 2013　　　　/s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
MARCOS MIGUEL RODRIGUEZ-VILLANUEVA,
Defendant

DATED: August 5, 2013　　　　/s/ Justin L. Lee
JUSTIN L. LEE
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from the date of the parties' stipulation, August 5, 2013, up to and including the new Status Conference, August 30, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the August 9, 2013, Status Conference is vacated as to Defendant Marcos Miguel Rodríguez-Villanueva only, and shall be continued until August 30, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**
**Dated: August 7, 2013**

GARLAND E. BURRELL, JR.
**Senior United States District Judge**

2